AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

SEP 2 3 2016

David J. Bradley, Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. M-16-1772-M |
| Eugenio Agustin MUNOZ-Canellas | ) | |
| YOB: 1961 Defendant(s) | ) | |
| Cuban Ctz. | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of in the county of Hidalgo in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 912 | falsely assumed or pretended to be an officer or employee acting under the authority of the United States,..and acted as such, and in such pretended character demanded or obtained money or something of value. |

This criminal complaint is based on these facts:

On September 23, 2016, a Confidential Informant (CI) working with the U.S Immigration and Customs Enforcement (ICE), Office of Professional Responsibility (OPR), arranged to meet with MUNOZ-Canellas in McAllen, Texas to arrange for the purchase of a Lawful Permanent Resident (LPR) card. At the meeting, MUNOZ-Canellas introduced himself to the CI as a United States Federal Agent. Prior to the meeting, ICE/OPR Special Agents had determined MUNOZ-Canellas was in no capacity an agent, or employee of the United States. The CI introduced himself/herself to MUNOZ-Canellas as an alien residing illegally in the U.S. MUNOZ-Canellas stated to the CI that through his employment as a U.S. Federal Agent, he could obtain LPR status for CI, in exchange for $7,000 dollars. In a previous phone conversation, MUNOZ-Canellas requested a copy of CI's Mexican visa, and two recent passport photos, which he stated were necessary to process a LPR card. During the meeting, MUNOZ-Canellas accepted a set of passport photos from the CI, along with $2,800 dollars as payment. After departing the meeting, MUNOZ-Canellas was placed under arrest by ICE/OPR Special Agents.

☐ Continued on the attached sheet.

9/23/16
Approved by David A. Lindenmuth

Complainant's Signature

Jose M. Aguirre    Special Agent    HSI
Printed name and title

Sworn to before me and signed in my presence.

September 23, 2016
3:52 pm
Date

Judge's signature

McAllen, Texas
City and State

U.S. Magistrate Judge
Printed name and title